IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHEVRON MINING, INC.,

    Plaintiff,

v.   No. 13-cv-0328 MCA/SMV

UNITED STATES OF AMERICA,
UNITED STATES DEP'T OF THE INTERIOR, and
UNITED STATES DEP'T OF AGRICULTURE,

    Defendants.

## ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:   February 25, 2014, at 1:30 p.m.

**Matter to be heard**:   Defendants' Motion to Extend the Current Case Management Deadlines and Memorandum in Support [Doc. 58]

    **IT IS ORDERED** that a telephonic hearing on the pending discovery motion [Doc. 58] is hereby set for **February 25, 2014, at 1:30 p.m. (MST).** Counsel shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538,** to connect to the proceedings.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**