IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHEVRON MINING, INC.,

    Plaintiff,

v.                                        No. 13-cv-0328 MCA/SMV

UNITED STATES OF AMERICA,
UNITED STATES DEP'T OF THE INTERIOR, and
UNITED STATES DEP'T OF AGRICULTURE,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    July 28, 2014, at 9:30 a.m.

**Matter to be heard**:  Whether to hold a Rule 16 scheduling conference.

    A telephonic status conference is hereby set for **July 28, 2014, at 9:30 a.m. (MDT).** Counsel shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538,** to connect to the proceedings.

    **IT IS SO ORDERED.**

                                            _____
                                            STEPHAN M. VIDMAR
                                            **United States Magistrate Judge**