IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CHEVRON MINING, INC.,**

    **Plaintiff,**

v.                                                                                          No. 13-cv-0328 MCA/SMV

**UNITED STATES OF AMERICA,**
**UNITED STATES DEP'T OF THE INTERIOR, and**
**UNITED STATES DEP'T OF AGRICULTURE,**

    **Defendants.**

### ORDER RESETTING CASE MANAGEMENT DEADLINES

On February 25, 2014, Defendants' Opposed Motion to Extend the Current Case Management Deadlines [Doc. 58] ("Motion") came before the Court for telephonic hearing. Having considered the arguments of counsel, the motion [Doc. 58], opposition [Doc. 59] and reply brief in support [Doc. 64], the Court **GRANTS** the Motion and now **ORDERS** that the case management deadlines in this matter shall be reset as follows:

    1) Termination date for discovery on liability:         **August 10, 2014**

    2) Motions relating to discovery on liability
       to be filed by:                                                            **August 20, 2014**

    3) Defendants' Response to Plaintiff's Motions
       for Partial Summary Judgment and Defendants'
       Cross Motions for Summary Judgment filed by:   **September 10, 2014**

    **IT IS SO ORDERED.**

                                                               **STEPHAN M. VIDMAR**
                                                              **United States Magistrate Judge**