UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHEVRON MINING INC.,

    Plaintiff,

vs.

UNITED STATES OF AMERICA, et al.,

    Defendants.

No. 1:13-cv-00328-PJK-JFR

**ORDER CONCERNING JOINT NOTICE
REGARDING SUBMISSION OF JOINT EXHIBIT LIST**

THIS MATTER comes on for consideration of the parties' Joint Notice Regarding Submission of Joint Exhibit List filed January 18, 2022. ECF No. 252. Upon consideration thereof,

(1) The parties shall refile affected pre-filed direct testimony citing to the updated joint exhibit list by February 4, 2022;

(2) The parties shall provide the court with an electronic version of the modified exhibits;

(3) The parties shall also provide the court with a full replacement set of exhibit binders;

(4) In accordance with the Case Management Order No. 1 (ECF No. 249 at 5), the court anticipates that the only exhibits that will be admitted at the outset of the

hearing will be those that have been utilized in pre-filed direct testimony and deposition designations;

(5) To that end, the court has reviewed the parties' objections to those exhibits that have been cited in pre-filed direct testimony or deposition designations. The court overrules the objections to CX 125, CX 184, CX 185, CX 245, CX 381, USX 001, USX 026, USX 058, USX 111, USX 385, USX 426, USX 427, USX 477, USX 526, USX 566, USX 567, USX 572, and USX 579. With respect to Chevron's objections based on the Standard of Care Stipulation (ECF No. 160) and the Pipelines Stipulation (ECF No. 185), redactions are unnecessary given that this case will proceed as a bench trial. The court will not consider evidence that contravenes the terms of these stipulations.

IT IS SO ORDERED.

DATED this 27th day of January 2022, at Santa Fe, New Mexico.

/s/ Paul Kelly, Jr.
United States Circuit Judge
Sitting by Designation