Page 651

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHEVRON MINING,

      Plaintiff

vs.                          No. 1:13-CV-00328 PJK/JFR

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF THE INTERIOR,
UNITED STATES DEPARTMENT OF AGRICULTURE,

      Defendants.

TRANSCRIPT OF PROCEEDINGS

April 21, 2022

Volume 4
Pages 651 - 712

BEFORE:  HONORABLE JUDGE PAUL KELLY
        UNITED STATES 10TH CIRCUIT JUDGE

Proceedings reported by stenotype.

Transcript produced by computer-aided

transcription.

PAUL BACA OFFICIAL COURT REPORTER

1    A P P E A R A N C E S:

2    FOR THE PLAINTIFF:

3            SIDLEY AUSTIN, LLP
             1501 K Street N.W.
4            Washington, D.C.  20005
             202-736-8000
5            BY:  ELLEN CRISHAM PELLEGRINI
             epellegrini@sidley.com

6

7    FOR THE DEFENDANT:

8            U.S. DEPARTMENT OF JUSTICE
             ENVIRONMENT and NATURAL RESOURCES DIVISION
9            ENVIRONMENTAL DEFENSE SECTION
             P.O. Box 7611
10           Washington, D.C.  20044-7611
             202-616-6519
11           BY:  MICHAEL AUGUSTINI
             Michael.Augustini@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 653

1                          I N D E X

2    WITNESS:                                    PAGE:

3    ROBERT HADDAD

4        Cross-Examination by Mr. Augustini        657
         Redirect Exam by Ms. Crisham Pellegrini   709
5

6

7    Certificate of Reporter                       713

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 654

1             THE COURT:  Good morning.  You may be

2   seated.

3             Everybody has their machines hooked up

4   correctly and everything, I take it.

5             You may call your next witness.

6             MS. CRISHAM PELLEGRINI:  Thank you,

7   Your Honor.  Your Honor, Chevron calls Dr. Robert

8   Haddad.

9             THE COURT:  Come forward and be sworn.

10            (Whereupon the witness was sworn.)

11            MS. CRISHAM PELLEGRINI:  Good morning,

12   Dr. Haddad.  Thank you so much for coming here.

13            I want to start by offering our

14   condolences for the loss of your mother.

15            THE WITNESS:  Thank you very much.

16            And I would like to just take a second and

17   thank the Court for your compassion and allowing us

18   to hold over and also the U.S. Government, I

19   appreciate that.

20            MS. CRISHAM PELLEGRINI:  Dr. Haddad, you

21   prepared written direct testimony in this case?

22            THE WITNESS:  Yes, I did.

23            MS. CRISHAM PELLEGRINI:  Is there anything

24   in that testimony that you would like to update or

25   clarify?

Page 655

1            THE WITNESS:  Yes, there are two

2   clarifications I would like to make, if I could.

3            The first is on Page 25 of the written

4   testimony, and it is in the first answer.  And I

5   would like to just redact the last part of the

6   sentence.  So the sentence should read, "No, the

7   rest was placed on land Molycorp acquired from the

8   Government via patent," full stop.

9            The second is on Page 28.  And it is just

10   a cleaning up of the sentence.  It is the second

11   paragraph from the bottom that starts, "After the

12   Red River Valley plan," and I would like to strike,

13   "70 percent and of."

14            So that sentence would read, "After the

15   Red River Valley plan was rejected in 1969, the

16   waste rock generated between 1970 and 1984 was

17   deposited on the nine rock piles statewide and

18   accounted for 70 percent of the total waste rock

19   placed at the site."

20            MS. CRISHAM PELLEGRINI:  Thank you,

21   Dr. Haddad.

22            Your Honor, we would move to admit

23   Dr. Haddad's written direct testimony.

24            THE COURT:  Without objection.

25            MR. AUGUSTINI:  No objection, Your Honor.

Page 656

1            THE COURT:  Thank you.  It will be

2     admitted.

3            (Dr. Robert Haddad's direct testimony was

4     prefiled and admitted.)

5            THE COURT:  You may cross-examine.

6            MR. AUGUSTINI:  Your Honor, a brief note.

7     On the technology, we hope it is set up properly and

8     it will show on the Court's screens and my screen

9     and the witness' screen.  Unfortunately, the screen

10    at both counsel tables don't seem to pick up the

11    exhibits.  So if we have to, if there is a question

12    about what I am referring to, counsel can interject,

13    but we also have hard copies of the exhibits for

14    counsel and the witness.

15            THE COURT:  Very good.

16            MR. AUGUSTINI:  We are happy to be here.

17    Good morning, Your Honor.

18                    CROSS-EXAMINATION

19     BY MR. AUGUSTINI:

20      Q.    **Good morning, Dr. Haddad.**

21      A.    Good morning.

22      Q.    **Just a few questions on the site history**

23    **to recap.  Molycorp operated the Questa Mine from**

24    **the 1920s through 1977, correct?**

25      A.    I believe they operated it later than

Page 657

 1    that.

 2         Q.      Sure.

 3                 Just in terms of the corporate entity, it

 4    was Molycorp in the early years, right?

 5         A.   Oh, yes, that is correct.

 6         Q.      And then UNOCAL acquired Molycorp in 1977,

 7    right?

 8         A.   I believe so.

 9         Q.      Shortly after the UNOCAL acquisition in

10    1977, there was a big land slide in the open pit,

11    correct?

12                 MS. CRISHAM PELLEGRINI:  Objection,

13    Your Honor.  This was not part of Dr. Haddad's, the

14    two opinions that Dr. Haddad offered in this case.

15                 THE COURT:  Overruled.

16                 You may answer.

17         Q     (By Mr. Augustini) Do you recall the land

18    slide, sir, in 1977 or not?

19         A.   No, I don't, I'm sorry.

20         Q.      Okay.  In any event, after the UNOCAL

21    acquisition, the company transitioned from the open

22    pit mine to the new underground mine; is that

23    correct?

24         A.   I think it was in progress of doing that,

25    yes.

1      **Q.    Do you recall UNOCAL began producing from**

2  **the new underground mine around 1983?**

3      A.    I don't recall.

4      **Q.    At the time in 1983 UNOCAL owned all the**

5  **land at the Questa Mine; is that correct?**

6      A.    I believe UNOCAL owned, yes, all the land

7  or much of it.

8      **Q.    And you began working for UNOCAL in 1988;**

9  **is that right?**

10     A.    1990, I believe.  I don't think -- I

11  looked at my graduate work, and my postdoc work

12  ended '89.

13     **Q.    I think, according to your Exponent**

14  **profile, you list 1988.  Is that, does that need to**

15  **be updated?**

16     A.    Let me just check.  Do you have Page 2 of

17  this exhibit?  If you had the report, that would

18  have it.

19          I have it right here.  Yeah, I think I

20  started in 1990 through 1995, according to my CV.

21     **Q.    Okay.**

22     A.    Oh, I'm sorry, you are correct, 1988.

23     **Q.    All right.  No big deal.**

24     A.    My apologies.

25     **Q.    We are going back in time.  I just wanted**

Page 659

1      to be sure on the dates there.

2                In any event in 1992, I believe, according

3      to your CV, you joined UNOCAL's environmental

4      remediation group, right?

5          A.    Correct.

6          Q.    And the remediation group was involved

7      with UNOCAL's contaminated sites, right?

8          A.    They were.

9          Q.    And in the early 1990s the Questa Mine was

10     one of the biggest contaminated sites in UNOCAL

11     under OSHA, right?

12         A.    I don't know if it was the biggest.  It

13     wasn't one that I actually worked on while I was at

14     UNOCAL.

15         Q.    You heard about the Questa Mine when you

16     were with the remediation group, correct?

17         A.    Yeah, yeah.

18         Q.    You knew it was a site that was being

19     managed, correct?

20         A.    Well, I knew it was a site.

21         Q.    Okay.

22         A.    Yeah.

23         Q.    And you mentioned you remained with UNOCAL

24     through 1995, right?

25         A.    I think so, yes.

Page 660

1            MR. AUGUSTINI:  Mr. Woolner, if you could

2    pull up United States Demonstrative 2, please.

3        Q.    (By Mr. Augustini)  Did that make it onto

4    your screen, sir?

5        A.    Yes, sir, it did.

6        Q.    This depicts the Questa Mine, correct?

7        A.    It certainly looks like it does, yes.

8        Q.    And the open pit area generally is circled

9    in orange in the middle there?

10       A.    Yes, yes.

11       Q.    And the piles of waste rock that we are

12   talking about in this case are labeled in blue on

13   the demonstrative, right?

14       A.    I assume you are in the correct place, I

15   didn't develop this.

16       Q.    You recognize the names that are shown

17   there?

18       A.    I do.

19       Q.    And all of these waste piles were in place

20   when you were working for UNOCAL through 1995,

21   correct?

22       A.    Yes.

23       Q.    And in 2018 you visited the Questa Mine in

24   person, right?

25       A.    I did.

1      Q.    And is this generally how the piles

2  appeared when you were at the site in 2018?

3      A.    That is a tough question.  Generally, you

4  know, when you are looking at it from a very

5  different perspective.

6      Q.    Certainly, very, you saw the very large

7  waste piles were in place in the gray color,

8  et cetera?

9      A.    Yes.

10      MR. AUGUSTINI:  Mr. Woolner, would you

11  pull up USX477, please.

12      Q.    (By Mr. Augustini)  Dr. Haddad, this is a

13  June 13, 1991 memorandum written by David Shoemaker

14  at UNOCAL, correct?

15      A.    Yes.

16      Q.    You cited USX477 as a source for your

17  opinions, correct?

18      A.    If you tell me I did, Counselor.  I would

19  have to go back and look right now.

20      Q.    We will go through it a little bit.

21      A.    Sure.

22      Q.    If you need a chance to review any of it,

23  just let me know.  I don't need to speed through it.

24      A.    Sure, thank you.

25      Q.    Mr. Shoemaker was the general manager of

Page 662

1   the Questa Mine, correct?

2       A.    I know he was the general manager at one

3   time.

4       Q.    **And the memo dealt with process residues**

5   **and waste, right?**

6       A.    That is the -- that is what the memo says,

7   yes.

8       Q.    **And the first sentence states that, "The**

9   **Molycorp Questa Mine has the following waste**

10  **materials which are entirely contained within**

11  **Molycorp fee lands."**

12          **Do you see that?**

13      A.    Yes.

14      Q.    **And then if we go to the next page, I**

15  **believe --**

16          MR. AUGUSTINI:  Actually, back, I'm sorry,

17  Mr. Woolner, back to the first page.

18      Q.    **(By Mr. Augustini)  Under the first**

19  **paragraph Mr. Shoemaker noted, according to his**

20  **estimate, there were about 327 million tons of waste**

21  **rock present at the mine as of that time, correct?**

22      A.    Yeah, I think I would probably say 328,

23  but that is correct.

24      Q.    **And that is generally consistent with the**

25  **opinions that you are thinking that you formed in**

Page 663

1    this case, correct?

2        A.    That is correct.

3        Q.    **Your opinion is that about**

4    **313 million tons of waste rock were generated from**

5    **the open pit, correct?**

6        A.    They were, yes, generated and placed on

7    the waste piles, correct.

8        Q.    **UNOCAL, as we saw in the demonstrative,**

9    **did not cover, regrade and revegetate the waste**

10   **piles during its ownership, correct?**

11       A.    Well, I think they did at some points.  I

12   know that during the years that I was working on the

13   Natural Resource Damage assessment there that they

14   had test plots where that was being done.

15       Q.    **So other than test plots --**

16       A.    Not to my knowledge.

17       Q.    **-- there's been no clean cover placed over**

18   **the waste piles to date, correct?**

19       A.    Well, as of 2018 when I was last there,

20   yes.

21       Q.    **Now, Dr. Haddad, you did mention just now**

22   **in your direct testimony your work on the Natural**

23   **Resource Damages issues or NRDs is the abbreviation,**

24   **correct?**

25       A.    Yes, that is correct.

1    Q.    And for the past 30 years, NRD issues have

2    been a focus of your work, correct?

3    A.    Yes.

4    Q.    With regard to Questa, the State of

5    New Mexico and the Federal Government are the

6    natural resource trusties for the areas that are

7    impacted by the mine, correct?

8    A.    Correct.

9    Q.    And before this lawsuit UNOCAL retained

10   you to represent the company in negotiations with

11   the Government, correct?

12   A.    Well, they retained me to conduct and lead

13   the technical parts of the assessment of the Natural

14   Resource Damage process.

15   Q.    In terms of the Natural Resource Damage

16   assessment you are not offering any opinions about

17   that here, correct?

18   A.    No, I am not.

19   Q.    And we don't need to go into the

20   regulatory details, but you did mention in your

21   direct testimony that the remedial investigation and

22   feasibility study process are different than the

23   Natural Resource Damages assessment process,

24   correct?

25   A.    That is correct.

Page 665

1      Q.     And UNOCAL hired other consultants to

2   perform the remedial investigation, correct?

3      A.     That is right.

4      Q.     Now, with respect to your task in this

5   litigation, Dr. Haddad, you were asked to perform a

6   historical reconstruction of Chevron's waste piles

7   over time; is that right?

8      A.     That is correct.

9      Q.     And you are not a mining engineer,

10  correct?

11     A.     I am not.

12     Q.     You don't claim to be an expert in the

13  Mining Law of 1872, right?

14     A.     I do not.

15     Q.     Before this case you had never performed a

16  historical reconstruction of this type, correct?

17     A.     Well, no, that is not absolutely correct.

18  I mean, I had never calculated this large waste

19  rock, but I had performed historical reconstructions

20  at some of the other mines.  The New Almaden mine in

21  the San Francisco Bay area is one of them.

22     Q.     Which mine is that, please?

23     A.     New Almaden.  Again, as part of the

24  Natural Resource Damage process.

25     Q.     And that involved determining whether

1    waste rock was placed on patented or unpatented land

2    over time?

3         A.    It wasn't so much patented and unpatented,

4    it was just where the waste rock was placed relative

5    to some of the natural resources.

6         Q.    Currently you are with a firm called

7    Exponent, correct?

8         A.    Yes.

9         Q.    And your profile highlights your

10   experience, particularly in oil and pipeline spills,

11   correct?

12        A.    That is an area that I have worked in,

13   yes.

14        Q.    So you have listed former projects for

15   UNOCAL involving oil spills, Guadalupe, California,

16   spill, correct?

17        A.    Yes.

18        Q.    And the Avila Beach UNOCAL spill, right?

19        A.    Yes.

20        Q.    You worked for Chevron in the pipeline

21   spill in Pearl Harbor, Hawaii, according to your CV,

22   correct?

23        A.    I'm sorry, I said yes.

24        Q.    Sorry, thank you.

25              And at the national -- you were with the

1    **Government at the National Oceanic Atmospheric**

2    **Administration or NOAA.  You worked extensively on**

3    **the Deep Water Horizon spill, right?**

4        A.    Yeah, for six years of my tenure there.

5        Q.    **Until today my understanding is you have**

6    **not testified in a CERCLA case involving a**

7    **contaminated mine before, correct?**

8        A.    That is correct.

9        Q.    **Dr. Haddad, I believe you agree Chevron**

10   **dumped all the waste rock at the mine; is that**

11   **right?**

12       A.    That is correct.

13       Q.    **Chevron possessed the waste rock at all**

14   **times, right?**

15       A.    I assume so.

16       Q.    **Chevron owned the waste rock that was**

17   **dumped at the Questa Mine, correct?**

18       A.    I'm sorry, that is kind of beyond my kin

19   to know what the law says about who owns it.

20       Q.    **So you are not familiar with the ruling in**

21   **this case from the Tenth Circuit on that issue?**

22       A.    Well, I have read it awhile ago, but I

23   haven't read it recently, I'm sorry.

24       Q.    **Fair enough.**

25             **But the waste rock is the biggest source**

Page 668

1  of contamination of the mine, correct?

2      A.    Yes, I would agree with that.

3      Q.    And since it wasn't a focus, I understand

4  it was a legal issue, but the ownership of the waste

5  itself was not a focus of your analysis, correct?

6          MS. CRISHAM PELLEGRINI:  Objection,

7  Your Honor.  This is calling for a legal conclusion

8  and Dr. Haddad has already said he does not know or

9  have the expertise to talk about ownership.

10          THE COURT:  Overruled.

11          You may answer the question.

12      A.    Would you please ask it again.

13      Q    (By Mr. Augustini) I know you're not a

14  lawyer and I am not asking for your legal opinion.

15      A.    Thank you.

16      Q.    Trust me on that.  But just verifying that

17  the ownership of the waste rock was not a factor in

18  your analysis, correct?

19      A.    That is correct.

20      Q.    You reviewed the mining records and logs

21  extensively in connection with your work, correct?

22      A.    Yes.

23      Q.    And so you're aware that Chevron operated

24  all the trucks and equipment that was used to work

25  the pit, right?

Page 669

1       A.      Yeah.

2       **Q.      And Chevron's ownership and operation of**

3  **all the mining equipment also is not a factor in**

4  **your analysis, correct?**

5       A.      That is correct.

6       **Q.      Okay.**

7               MR. AUGUSTINI:  Mr. Woolner, if you could

8  pull up CX463, please.

9       **Q.      (By Mr. Augustini)  Dr. Haddad, you**

10 **prepared this table and cited it in your testimony,**

11 **correct?**

12      A.      Yes, I did.

13      **Q.      And the purpose of this table was to show**

14 **when Chevron acquired title to the land of the**

15 **Questa Mine, right?**

16      A.      To show when the patents, the days of the

17 patents, if that is the same thing.

18      **Q.      Okay.  Yes.**

19      A.      Well, let me just -- let me just clarify.

20 The year and then the acreage of those patents as

21 well.

22      **Q.      Sure.**

23              **So, in general terms, this is the**

24 **acquisition history of the land, right?**

25      A.      It is just the patent history of the land,

1   exactly.

2        Q.     Very good.

3              Now, Chevron could have dumped the waste

4   rock at the Questa Mine without taking ownership of

5   the land, correct?

6        A.     I am sorry, can you ask that a slightly

7   different way for me?

8        Q.     Sure.

9              Are you aware that Chevron had mining

10  claims with respect to the Questa Mine?

11       A.     I am, yes.

12       Q.     And do you have an understanding about

13  whether the mining claims allowed Chevron to use the

14  land for mining purposes?

15       A.     Very broadly I have that understanding.

16       Q.     And certainly there is no prohibition if

17  you have a mining claim to use the land for waste

18  disposal to your understanding, or if you know?

19       A.     I don't know.  I know that that was a

20  contention at some point in this case.

21       Q.     Okay.  Chevron voluntarily applied for all

22  of the patents that are listed on your table,

23  correct?

24       A.     I assume so, yes.

25       Q.     And you mentioned just briefly, sir, let

Page 671

1   me see the year column, yeah.

2       A.    That is all right, you can just say it, I

3   can follow.

4       Q.    I know there is a lot of numbers for the

5   Court to follow here, but the year column, you

6   mentioned, is the date that the patent issued,

7   correct?

8       A.    That is my understanding from the sources,

9   which is Mr. Fredley.

10      Q.    So it is not the date that Chevron applied

11  for the patents?

12      A.    No, my understanding is that is the date

13  the patents were granted.

14      Q.    You are aware that the process of

15  acquiring patents took several years in some

16  instances, correct?

17      A.    I am not aware of that.  It is not

18  something I have ever dealt with.

19      Q.    In addition to all of the parcels that you

20  have listed in CX463, Chevron also owned the land

21  where it disposed of the tailings, correct?

22      A.    Are we talking about the tailings

23  facility, Counsel, beyond Questa Village?

24      Q.    Yes, sir.

25      A.    At what point are you?  Do you have a time

Page 672

1    frame that you want to hone that in?

2         Q.    **Sure, no problem.**

3               **If you need clarification of any of my**

4    **questions, I may ask some bad questions, feel free.**

5         A.    I am sure I will give some bad answers.

6         Q.    **Chevron owned the tailings facility since**

7    **the mid-1960s, correct?**

8         A.    Parts of the tailings facilities.

9         Q.    **Okay.  And the question was simply to**

10   **confirm that CX463 does not include any of the**

11   **tailings land, right?**

12        A.    That is accurate, correct.

13        Q.    **And in terms of the size, the tailings**

14   **facility covers about a thousand acres; is that**

15   **right?**

16        A.    As currently configured, that is my

17   understanding, a thousand, a thousand 50, something

18   like that.

19        Q.    **So this is maybe stating the obvious, but**

20   **the patented and unpatented fraction columns you**

21   **provide on CX463 don't count the thousand acres over**

22   **at the tailings facility, right?**

23        A.    That is correct.  As the title of the

24   table points to, it is the Questa Mine site.

25        Q.    **Chevron also owned a mill within the mine**

1    site boundary, correct?

2        A.    Correct.

3        Q.    **That was near the Red River in the**

4    **southeastern corner of the mine site, generally?**

5        A.    That is correct.

6        Q.    **And the mill is located on land that**

7    **Chevron owned, correct?**

8        A.    That is my understanding.

9        Q.    **Are you aware that Chevron acquired that**

10   **land from a private party, not the United States?**

11       A.    No, I am not.

12       Q.    **And that is not reflected, that parcel is**

13   **not reflected in CX463, correct?**

14       A.    I don't know that for a fact.  I would

15   have to go back and take a look.

16       Q.    **If we can look across at the entries you**

17   **have on CX463 for 1974?**

18       A.    Right.

19       Q.    **In the patented fraction column we see**

20   **92.3 percent, correct?**

21       A.    So you are talking about the second parcel

22   line and the accumulative, basically, patented

23   fraction?

24       Q.    **Yes, sir.**

25       A.    92.3 percent, yes.

Page 674

1      Q.     And so what this shows is that as of 1974

2  Chevron owned 92.3 percent of the total acreage at

3  the mine, correct?

4      A.     That is correct.

5             THE COURT:  Excuse me.  Total acreage of

6  what?

7             MR. AUGUSTINI:  Total acreage at the

8  Questa Mine.

9             THE COURT:  Is that Parcel 1 and Parcel 2

10  or is it just Parcel 2?

11             MR. AUGUSTINI:  Sir, that would be the --

12  I'm sorry, Your Honor, I don't mean to jump on your

13  question, but I believe that is after.

14      Q.     (By Mr. Augustini)  The land exchange

15  included both Parcel 1 and Parcel 2, correct.

16      A.     Yes.

17      Q.     So you just, if you look at them, you can

18  look at them both together since it happened at the

19  same time, but basically after the land exchange in

20  1974 Chevron owned 92.3 percent of the total acreage

21  at the mine?

22      A.     Yes.  The way that translates in my table

23  is that at that time after the second parcel was

24  transferred over, the fraction of land on the mine

25  site that was patented, was 92.3 percent.

Page 675

1            THE COURT:  Does that have anything to do

2  with the 36.6 percent above it?

3            THE WITNESS:  It is cumulative,

4  Your Honor.  So it is adding of all of the acres

5  that are above it and then normalizing that fraction

6  or that number, that amount of acres, to the total

7  acres at the end of the time frame, which was around

8  1984.

9            THE COURT:  Thank you.

10     **Q    (By Mr. Augustini) Okay.  I think you did**

11  **explain this in your direct testimony.**

12            **As of the land exchange in January of**

13  **1974, if we look at the last few entries on your**

14  **table, Chevron only acquired a few additional**

15  **smaller parcels throughout the duration, correct?**

16     A.    That's correct.

17     **Q.    And between 1983, which is the last entry**

18  **on the table, and 2014 where you see the total**

19  **acreage column, we see on the table that 1983 was**

20  **the last acquisition through patent, correct?**

21     A.    That is correct.

22     **Q.    And between 1983 and 2014 Chevron was**

23  **continuing to conduct mining at the site, right?**

24     A.    Yes.  My understanding it was mostly

25  underground mining at that point.

Page 676

1      Q.    Sure.

2            So during the last 31 years of mining

3      operations, according to your table, Chevron owned

4      all the land at the mine, right?

5      A.    Yeah, all the land was patented to

6      Chevron.

7      Q.    Now you explained this briefly in response

8      to the Court's question.  The number at the bottom

9      of the acreage column is 3,766.7 acres, correct?

10     A.    Yes.

11     Q.    And that, in your view, is the total

12     acreage at the Questa mine, right?

13     A.    That is the total patented acreage at the

14     Questa Mine through 1983.

15     Q.    Okay.  That is the number, the 3,766, that

16     you used as the denominator in all your calculations

17     in the patented and unpatented fraction columns,

18     correct?

19     A.    Uh-huh.

20     Q.    But this table does not reflect the actual

21     usage of the land, correct?

22     A.    Can you be more specific?

23     Q.    Sure.

24           For example, you're not suggesting that

25     all 3,766 acres were used for the open pit mine,

Page 677

1    **right?**

2        A.    No.   All I am stating here is that that is

3    the cumulative acreage of all of the patents from

4    1992 through 1983.

5        Q.    **Right.  So do you agree only a small**

6    **percentage of the total land surface across the mine**

7    **was impacted by the open pit operations, right?**

8        A.    I can't remember the exact percentage.   We

9    get into that, I think, in other parts of the report

10   in terms of the amount of acreage covered by the

11   waste pit sites, if that is what you are getting at.

12       Q.    **Yeah.  The waste piles cover a few hundred**

13   **acres of land at the site, correct?**

14       A.    You know, I don't know about it in acres,

15   I just know about it en masse.

16       Q.    **But we certainly know the waste piles**

17   **cover nowhere near 3700 acres, yes?**

18       A.    Yes.

19       Q.    **Now, with respect to the first few entries**

20   **on CX463, Dr. Haddad, 1922 through 1930, do you see**

21   **those?**

22       A.    I do, yes, sir, uh-huh.

23       Q.    **And if we read across the line for year**

24   **1930, we see that the patented land Chevron owned as**

25   **of that date was 481.7 acres, correct?**

1      A.    That's correct.

2      **Q.    And you pointed out in the patented**

3  **fraction column, that was 12.8 percent of the total**

4  **mine area that Chevron eventually acquired, correct?**

5      A.    Of the total patented area.

6      **Q.    But the acres, those 481.7 acres, were**

7  **extremely important to the open pit mine operation,**

8  **correct?**

9      A.    I am just trying to find out where we were

10  again.  481.7 acres, is that what you meant?

11      **Q.    Yes.  The land, I'm sorry if I misspoke.**

12          **The land Chevron had as of 1930 was**

13  **extremely important to the open pit mine operation**

14  **later, correct?**

15      A.    I don't know.  It is not something I

16  opined on.

17      **Q.    You don't know that the open pit was**

18  **located within those patented areas as of 1930?**

19      A.    Not as we sit here.  I would have to go

20  back and take a look at the patent map.  I am aware

21  that by the time they started the open pit that they

22  owned patents in all of that area.  I don't know

23  whether they acquired them all by 1930.

24          MR. AUGUSTINI:  Mr. Woolner, can we try to

25  pull up CX453.

Page 679

1      Q.    (By Mr. Augustini)   This is an exhibit

2   that you prepared, Dr. Haddad, correct?

3      A.    Yes, sir, it is.

4            MR. AUGUSTINI:  Mr. Woolner, can we please

5   try to show the shading for the 1920s and 1930

6   patent, please.

7      Q.    (By Mr. Augustini)   Is the shading

8   appearing on your screen, sir?

9      A.    Yes, it is.

10     Q.    Do you see that the shading generally

11  covers the open pit area of the mine?

12     A.    Yes, I do.

13     Q.    And you agree Chevron's land, the open

14  pit, was the source of 100 percent of the waste rock

15  that requires remediation, correct?

16     A.    I assume so.  There might be small

17  percentages from other, you know, old mining

18  operations things like that but in general, yes.

19           MR. AUGUSTINI:  Pull that down, sir.

20     Q.    (By Mr. Augustini)   Beyond the open pit,

21  you mentioned this briefly, but you do understand

22  Chevron had mining claims covering the mine site

23  area, right?

24     A.    I do, yes.

25           MR. AUGUSTINI:  Just to illustrate that

Page 680

1    briefly, Mr. Woolner, if you would please pull up

2    CX153.

3         Q.    (By Mr. Augustini)  Dr. Haddad, can you

4    recognize, it might be a little hard to read at the

5    bottom, but there is a reference to the Questa

6    property and then the Molycorp property, there is a

7    label in the center of the map?

8         A.    Well, it is quite hard to read the map.

9    So is there a question here, I'm sorry.

10        Q.    Do you recognize this as the general shape

11   of the Questa Mine boundaries indicated?

12        A.    Yes.  The outer red line, I guess I would

13   say where it goes to the blue sometimes.

14        Q.    And as we can see the rectangles, do you

15   know whether those are the mining claim boundaries?

16        A.    I am assuming that those are the claims.

17        Q.    Okay.

18        A.    That either unpatented or patented.

19        Q.    By staking the claims, Chevron had use of

20   the land at the mine, right?

21        A.    Again --

22        Q.    Not to ask about the legalities, but you

23   know that they used the mine and that they had

24   claims, correct?

25        A.    I know that they used the mine and that

Page 681

1    they had claims, correct.

2        **Q.    And Mr. Dewey testified that in terms of**

3    **the mining, Chevron directed, managed and controlled**

4    **the mining operations, correct?**

5        A.    I wasn't here for Mr. Dewey's testimony.

6        **Q.    You didn't review the transcript?**

7        A.    No, I didn't review the transcript.

8        **Q.    You certainly reviewed the mining records**

9    **and logs and so forth, correct?**

10       A.    Yes.

11       **Q.    And --**

12       A.    The waste mining records.

13       **Q.    Yeah.   And those were all Molycorp**

14   **records?**

15       A.    They were all Molycorp records.

16            MR. AUGUSTINI:   Now, Mr. Woolner, please

17   pull up USX219.

18       **Q.    (By Mr. Augustini)  Dr. Haddad, this may**

19   **be one you want to take a little more time to read**

20   **through, but I do have some simple questions and if**

21   **you want to make more time at any point, feel free.**

22            **But just to start with the title of the**

23   **document, do you see at the top Application for**

24   **United States Patent?**

25       A.    Yes, I do.

1    Q.    And then just below that there is a

2    reference application of Molybdenum Corporation for

3    patent, and then it lists a number of mining claims,

4    correct?

5    A.    It appears to, yes.

6    Q.    Do you understand this is one of the

7    applications through which Chevron sought to acquire

8    land at the mine?

9    A.    I would assume that is the case.  It looks

10   official.  It looks like it was received by the

11   Bureau of Land Management and it has Molycorp's

12   signature and something from the State of

13   New Mexico, so I would assume that this is an

14   official application.

15   Q.    If we look down in the middle of the first

16   page under USX219, Molycorp states, "Applicant for

17   patent herein has become the owner and is in actual,

18   quiet and undisturbed possession of each of the

19   above-mentioned load mining claims and mill sites,"

20   and it goes on.

21         Do you see that?

22   A.    Let me find it, please.  I see that, yes.

23   Q.    And then we will just move forward to the

24   eighth page as an example.

25   A.    I guess I would also say I am not quite

1    sure I understand what that means.

2        Q.    **There is no legal opinions offered here.**

3        A.    They are applying for patents here, right?

4    That is what they are doing, right?

5        Q.    **Yes.**

6        A.    Page 8.

7              MR. AUGUSTINI:   In the middle,

8    Mr. Woolner, the second paragraph, the last

9    sentence.

10       Q.    **(By Mr. Augustini)  "The applicant for**

11   **patent herein and thereupon the said corporation**

12   **entered into, took possession and control and has**

13   **since possessed, controlled, enjoyed and occupied,"**

14   **goes on, "the claims."**

15             **Do you see that reference, Dr. Haddad?**

16       A.    I see it, yes.

17       Q.    **And you don't have any reason in your**

18   **capacity to question the representations that the**

19   **company made in the patent application, correct?**

20       A.    No, no, this is nothing to do with any of

21   my opinions.

22       Q.    **It does go to the control of the land**

23   **before the patents issued, right?**

24       A.    Right.  But my opinions are just simply

25   what was put on patented and what was put on

Page 684

1    unpatented and leave it to others to discuss the

2    legalities.

3         Q.    Understood.

4               We will move forward just to the last

5    page.  I think you might have mentioned this but

6    just to confirm.

7               The signature page.  The Notary says,

8    "Subscribed and sworn to before me this 22nd day of

9    January, 1968."

10              Do you see that?

11        A.    I do, yes.

12        Q.    Do you happen to know when the patent

13   issued pursuant to this application?

14        A.    I will have to go back and take a look.

15        Q.    Well, it is not a guessing game, I guess.

16   There was a patent that was issued in 1970, right?

17        A.    Yes, there was.  I mean, are you saying to

18   me that this is the patent that was issued in 1970?

19        Q.    Yeah, I am representing that but I can

20   pull up the patent as well, too, if you would like.

21        A.    I am fine with that.  I know that there

22   was a patent that was issued in 1970.

23        Q.    Right.

24              MR. AUGUSTINI:  I guess we will do that.

25   The patent isn't in the record, just briefly,

Page 685

1    USX434.

2         Q.    (By Mr. Augustini)  Dr. Haddad, you are

3    welcome to compare back and forth, but do you see

4    the bullet, the whereas clause at the top, there is

5    a number of mining claims listed?

6         A.    Right.

7              MR. AUGUSTINI:  If we scroll to the next

8    page of the patent, Mr. Woolner.

9         A.    Just a second, please.

10        Q.    (By Mr. Augustini)  Would you like to

11   compare them?

12        A.    I am just quickly looking at them, real

13   quickly.

14             Okay, thank you.

15             MR. AUGUSTINI:  If you would scroll to the

16   next page for the date, Mr. Woolner, please.

17        Q.    (By Mr. Augustini)  Do you see there,

18   "Given under my hand, May 1970"?

19        A.    Correct.  3700048 is the patent.

20             MR. AUGUSTINI:  Your Honor, I move to

21   admit USX434.

22             THE COURT:  Any objection?

23             MS. CRISHAM PELLEGRINI:  No objection,

24   Your Honor.

25             THE COURT:  Without objection.

1              (Exhibit admitted, USX434.)

2      Q    (By Mr. Augustini) Based on your review,

3   while the patent was pending, Chevron dumped the

4   waste in the same manner, correct, as it also always

5   did?

6      A.    Well, did Chevron continue to --

7            THE COURT:  If you know.

8      A.    I mean, my understanding is Chevron

9   continued to dump based on where they needed to

10  dump.

11     Q    (By Mr. Augustini) Right.  And the dumping

12  was occurring while the patent application was

13  pending, correct?

14     A.    I don't know that off the top of my head.

15     Q.    We will get to that when we pull up the

16  table where you do address it.

17     A.    Okay.

18            MR. AUGUSTINI:  Now, let's do that, CX465.

19     A.    Okay.

20     Q.    (By Mr. Augustini)  And, Dr. Haddad, this

21  is a table that you prepared and cited in your

22  testimony, correct?

23     A.    That is correct.

24     Q.    And we certainly do know the amount of

25  waste increased from January 1968 up through the

Page 687

1    later years as Chevron continued to mine, correct?

2        A.    That's correct.

3        Q.    And in this table, this summarizes your

4    historical reconstruction on the piles; is that

5    right?

6        A.    That is correct.

7        Q.    And what you do is present a snapshot of

8    three different dates?

9        A.    Correct.

10           MR. AUGUSTINI:  And so, Your Honor, if we

11    read across.

12        Q.    (By Mr. Augustini)  The three dates are

13    December 31, 1969, the three columns on the left,

14    correct?

15        A.    That's correct.  Well, December 1969,

16    correct.

17        Q.    I think you did it on a year-end basis for

18    convenience?

19        A.    That was it.  Just so we are all on the

20    same page, these were designed to have an analysis

21    prior to the 1970 patent and then prior to the 1974

22    land exchange.  And then the third section is

23    basically the end of the waste rock deposition.

24        Q.    Right.  I think the way you described it

25    in your testimony is you picked snapshots right

Page 688

1  before major changes in the landownership, right?

2     A.    Exactly.

3     Q.    Now, we have seen this with the 1970

4  patent, but before your first snapshot in December

5  '69, Chevron was in the -- already in the process of

6  acquiring the land at the mine, right?

7     A.    According to the patent application we

8  just saw, if that is what you mean.

9     Q.    Yes.

10    A.    Yes.

11          MR. AUGUSTINI:  If we pull up CX212,

12  please.

13    Q.    (By Mr. Augustini)  Dr. Haddad, this

14  letter is dated February 20, 1969, right?

15    A.    Yes, it is.

16    Q.    And if we just look at the first paragraph

17  we see Chevron's counsel writing that he has been

18  authorized by the manager of Molycorp to make

19  application for the exchange of lands designated as

20  Parcel 1 and Parcel 2, correct?

21    A.    That is what it says, yes.

22    Q.    So this kicks off the acquisition of land

23  in the big land exchange, right?

24    A.    Well, of '74, yes, it does.

25    Q.    That is underway in February of '69, which

Page 689

1   **again, is before the first snapshot that you**

2   **provided in your analysis?**

3        A.    Right.  This follows on the earlier '69

4   meeting between the Forest Service and Molycorp

5   where they had originally proposed the Red River

6   Valley plan and it was suggested that they try a

7   land exchange instead.

8        Q.    **Right.  I am not asking about the Red**

9   **River Valley plan at all today.**

10       **But you certainly agree that with respect**

11  **to the biggest chunk of land at the mine, some**

12  **2300 acres, Chevron is in the process of acquiring**

13  **it ten months before the first snapshot that you**

14  **provide, right?**

15       A.    Right.

16       Q.    **There is no doubt that Chevron planned to**

17  **continue mining while the land exchange was underway**

18  **and being consummated, correct?**

19       A.    I think from all of the literature that I

20  reviewed, there was an understanding that this was

21  going to happen quickly and they needed to have that

22  space to put waste rock.

23       Q.    **Sure.**

24       **So while it took, I guess, almost**

25  **five years, there is no doubt that Chevron wanted to**

Page 690

1    acquire title to the land at the mine where it was

2    dumping waste rock, correct?

3        A.    Well, they were seeking a land exchange

4    for that land and the Government was interested in

5    providing a land exchange for dumping the waste rock

6    there.

7        Q.    Sure.

8              If we look back at your table, CX465, if

9    we review the second snapshot, which is

10   December 1973 in the center, correct?

11       A.    Yes.

12       Q.    And we follow down the total tons column

13   to the total number, we see 239?

14       A.    That is correct, 239.6 million tons.

15       Q.    Right.  That is, according to your view,

16   the total amount of mass that had been disposed from

17   the open pit as of the end of 1973, right?

18       A.    That is right, waste rock, correct.

19       Q.    And we know that about three weeks later

20   the patent for the land exchange issued in January

21   of 1974, correct?

22       A.    We do, and that is why I looked at that

23   snapshot.

24       Q.    Right.

25              If we took a snapshot three weeks later in

Page 691

1    **January 1974, the conclusion would be that**

2    **239 million tons of waste rock was located on**

3    **Chevron's land, right?**

4        A.    Well, possibly it would be that that large

5    a mass was located on land that was either patented

6    or provided by the U.S. Government in the land

7    exchange.

8        Q.    **Well, I mean, we will get to your**

9    **categorization, but we know the land was patented in**

10   **January of 1974, 2300 acres, right?**

11       A.    Correct.

12       Q.    **And certainly 100 percent of the waste**

13   **rock that was in place as of January 1974 was on**

14   **that land or other land Chevron owned, right?**

15       A.    Sure.

16       Q.    **We know Chevron continued to own that land**

17   **as it continued to dump waste over the next**

18   **ten years of open pit mine operations, right?**

19       A.    Yes.

20            MR. AUGUSTINI:  Mr. Woolner, if you would

21   look down at the Footnotes C and D.

22       Q.    **(By Mr. Augustini)  Dr. Haddad, I think**

23   **you used the same description in several of them,**

24   **but looking at Footnote C to Table CX465, you note**

25   **that the touchstone in your analysis was the date**

Page 692

 1    that waste rock was originally placed on the land;

 2    is that correct?

 3        A.    I'm sorry, Counsel, I don't understand

 4    what you are asking me, touchstone.

 5        Q.    Touchstone may have confused you, I'm

 6    sorry.  I'll ask a simpler question.

 7              Your analysis focused only on when the

 8    waste rock was originally placed on the ground,

 9    correct?

10        A.    Well, cumulatively, if that is what you

11    mean.  So through 1969, that is the cumulative

12    amount of waste rock placed in those rock piles in

13    the first column.

14        Q.    Sure.

15              And to try to be more clear in my

16    question.

17        A.    I'm sorry.

18        Q.    No, that is my problem more than yours,

19    I'm sure.

20              To explain the original placement concept

21    that you used is what I am trying to do.  And to

22    give an example, if Chevron owns land on Day 1 and

23    waste rock is placed there, that is the original

24    placement, correct?

25        A.    Okay.

Page 693

1      Q.    And then on Day 2 if the patent is issued

2  and it becomes Chevron-owned land, you never

3  recategorized the waste, based on the change in

4  ownership, right?

5      A.    Well, I am not quite sure I understand

6  you.  In 1969 there wasn't another patent from 1930

7  through 1970.  So the 1969 is representative of the

8  cumulative amount of mass that was placed in any of

9  those rock piles through that date.  And then

10 whether or not as of that date, 1969, December of

11 '69 whether they were placed on patented or

12 unpatented land at that time.

13     Q.    Sure.

14           I am still not getting at my question.

15 When you categorize something as being placed on

16 unpatented land, if Chevron later acquires that

17 land, the waste stays in the unpatented category for

18 the duration?

19     A.    No, that is not correct.  If in the next

20 time frame the patents cover more of the waste pile,

21 then we look at that fraction of area of the

22 patented waste.

23     Q.    Only the increment.  You don't go back to

24 the original placement.  Let's take a look at the

25 table and see if that illuminates this concept

Page 694

1    better than I am doing.

2             If we look at Goat Hill North and South,

3    for example, if we start with December 1969, we see

4    in the unpatented tons column 8.9 million tons of

5    waste rock for Goat Hill North and South, correct?

6        A.    8.9, yes.

7             THE COURT:  Where is that, 8.9?

8             MR. AUGUSTINI:  December '69 is the title

9    at the top, Your Honor, and then there is three

10   columns below it.

11            THE COURT:  8.9.

12            MR. AUGUSTINI:  Yes.

13       Q.    (By Mr. Augustini)  That is where you are

14   saying, Dr. Haddad, that 8.9 million tons of the

15   waste were originally placed on unpatented land in

16   the Goat Hill North and South columns, right?

17       A.    As of December of '69.

18       Q.    Do you recall that the 1970 patent covered

19   those two dumps?

20       A.    No, I don't, I'm sorry.

21            MR. AUGUSTINI:  Maybe we can pull up

22   CX453.  We can do the 1970 shading on this one.

23       Q.    (By Mr. Augustini)  Can you make out the

24   patented area down through the center here?

25       A.    Yes.

1      **Q.     That is the 1970 patented land, correct?**

2      A.     Right.

3      **Q.     Do you see the --**

4      A.     Oh, I now understand your point.  All

5  right.  So your point is just simply that, so in

6  December of '73 the --

7            THE WITNESS:  So, Your Honor, if we look

8  across the Goat Hill North and South line, we see

9  the first three are for December of 1969.

10            MR. AUGUSTINI:  Pull up 465, please.

11            THE COURT:  Okay.

12            THE WITNESS:  All right.  And then if we

13  go to the next three columns that is under December

14  of 1973 and what Counsel is pointing out is that in

15  1970 that area was patented.

16            And yet in my column it's still listed as

17  8.9 million unpatented tons.  And the reason is, is

18  that this is an assessment of the total amount of

19  rock that was placed in that area originally on

20  unpatented.  Okay?  So I didn't go into 1970 and if

21  it was all patented then say, oh, now it's all on

22  patented land.  I kept the original amount that was

23  originally placed on unpatented land.  So that is

24  what that is and you go to Goat Hill North and South

25  is an interesting one in which most of the dumping

Page 696

1  occurred very early in the history there.

2       Q.    (By Mr. Augustini)  Right.  Thanks for

3  that explanation.  That is what I was getting at.

4       A.    I'm sorry I took so long.

5       Q.    Not at all.  I appreciate that.  If we

6  read across we see that the original placement

7  concept was adhered to even through 1984.  All of

8  that unpatented waste rock remains in the unpatented

9  category forever, right?

10      A.    That is correct but it is designating the

11 original amount of waste rock that was originally

12 placed in an unpatented area.  That is the point.

13      Q.    And the same approach for all the other

14 waste piles, right?

15      A.    Correct.

16      Q.    So just to confirm, we have pointed out

17 several times, the land exchange occurred in

18 January 1974, right?

19      A.    That is correct.

20      Q.    If you look at the unpatented tons in the

21 middle column under December 1973, we see roughly

22 130 million tons there, right?

23      A.    Correct.

24      Q.    And so all of that waste remains in the

25 unpatented category even though three weeks later

1   **Chevron acquires essentially all the land on which**

2   **that waste rock sits, correct?**

3        A.    That is right because it is designated.

4   It is designating the nature of the land when the

5   waste rock was deposited.

6        **Q.    And so that does get counted against the**

7   **United States in the percentages you provide, right,**

8   **through the end of waste rock placement, correct?**

9        A.    Well, I don't know that it counts for or

10  against the United States.  What I know is that

11  it -- what I have tried to provide is the amount of

12  material that was placed originally, either on

13  unpatented land in the December '69 columns and in

14  the December '73 columns, or originally placed on

15  unpatented land and on the parcels that were traded

16  or exchanged in 1974 for waste rock disposal.

17       **Q.    Okay.  Right.  I understand, sir, and just**

18  **to delve into that issue.**

19            **In the 1969 and 1973 snapshots, you**

20  **provide a comparison between the patented and the**

21  **unpatented waste mass, correct?**

22       A.    In the 1969 and the 1973.  That is what

23  you are saying?

24       **Q.    Yes.**

25       A.    Ask me that one more time, Counselor, I'm

Page 698

1    sorry.

2        Q.    In the first two snapshots you do adhere

3    to, you make a comparison between patented and

4    unpatented waste mass, right?

5        A.    Right.

6        Q.    And then in the 1984 end of waste rock

7    placement columns, the first one of the last three,

8    the title is Unpatented and Exchanged Land, correct?

9        A.    Correct.  That is correct.

10       Q.    So we have moved away from the patented

11   versus unpatented comparison, correct?

12       A.    Right.  We have moved to a comparison of

13   land that I hold was provided by the U.S. Government

14   with their knowledge for waste rock disposal.

15       Q.    But we do know, despite the label

16   unpatented and exchanged, that Chevron held patents

17   to all the acres in that category, correct, as of

18   1984?

19       A.    Sure, as of 1984.

20       Q.    So in reality when we look down at the

21   total in the unpatented and exchanged column

22   187 million tons of waste rock, correct?  Yes?

23       A.    Oh, yes, I'm sorry.

24       Q.    That is all on Chevron's patented land as

25   of 1984, right?

Page 699

1      A.    As of 1984.  But the point was that I

2   wasn't asking where it was in 1984, I was trying to

3   determine how much of that mass had been placed at

4   different times on patented and unpatented land.

5           So I didn't restart and say, oh, in this

6   time this was all patented, because the waste rock

7   had already been placed there and it was originally

8   placed on unpatented land.  And the difference

9   between the 1984 and the 1973 or '69, is that the

10  parcels, the land exchange, were really exchanged to

11  accommodate Chevron's need to dump additional waste.

12  And so I factored those into that.

13      Q.    Right.  No one should be confused that

14  Chevron owned land covering every bit of that

15  187 million tons of waste rock as of 1974, correct?

16      A.    As of the -- well, almost all of it.  I

17  mean, I think there was a small amount that they got

18  later on, but, yes.

19      Q.    We are talking insignificant additional

20  parcels that were acquired, right?

21      A.    Right.

22      Q.    All right.  And just to be clear, we are

23  not talking -- in the end of placement analysis, we

24  are not just talking about the waste rock that had

25  been sitting there for over a decade, you adhere to

Page 700

1    the same approach with respect to the additional

2    waste rock that Chevron was dumping on its land

3    between 1974 and 1984, right?

4        A.    That is right.  And, again, with the point

5    that I have made several times, that that land is

6    clearly stated in my report, exchanged land for the

7    purposes of waste disposal.

8        Q.    So, original placement did not apply to

9    the additional waste, right, that is the point?

10       A.    Between '74 and '84, right.

11       Q.    Now I am not -- I just have a few more

12   questions, sir.  I don't mean to put you through a

13   math exercise on the stand, but you may be able to

14   eyeball it from looking at your table.

15            By my count in doing the math from what

16   you provided, Chevron dumped 73 million tons of

17   waste rock on its land between December 1973 and

18   1984.

19            Does that look right to you?

20            Let me just try to show you where it comes

21   from.

22       A.    Tell me where you got that from.

23       Q.    We mentioned earlier your overall opinion

24   is that there was a total of about 313 or the number

25   here in the right-hand column is 312,826,904 tons,

Page 701

1   **right?**

2   A.    Yes.

3   **Q.    That is the total waste mass from the open**

4   **pit over its entire operation, right?**

5   A.    That is correct.

6   **Q.    And then if we look at the total tons you**

7   **provide for December 1973, that is the 239,644,189,**

8   **right?**

9   A.    So what you are asserting is that the

10  313 million minus the 239.6 million equals --

11  **Q.    About 73 million?**

12  A.    Okay.

13  **Q.    Does that make sense?**

14  A.    I haven't done the math, but I will agree

15  to your math.

16  **Q.    Right.  Is that the process by which you**

17  **would determine how much waste was disposed between**

18  **December 1973 and 1984?**

19  A.    Right.  That would have been the

20  additional mass.

21  **Q.    I think we have covered it, but just to be**

22  **clear, you don't count that 73 million tons in the**

23  **patented category?**

24  A.    Yes, we have covered this.  I count those

25  73 million tons mostly in the exchange land

1   category.

2      Q.    So do you agree if we add that

3   73 million tons that was dumped on the land that

4   Chevron owned at the time, we end up with

5   181 million tons of waste rock that was dumped on

6   Chevron-owned land at the time of disposal?  Just to

7   walk you through that, I know it is not a math test.

8           THE COURT:  Well, are you suggesting that

9   it was dumped in one fell swoop.

10          MR. AUGUSTINI:  Over time, Your Honor,

11  just totals.  And to explain how I get there not all

12  the math is shown on this, so I'm sorry it is a

13  little cumbersome to do it this way.

14     Q.    (By Mr. Augustini)  The 125,459,076 tons

15  that, on the right-hand column, that is the number

16  that you attribute to Chevron's patented land in the

17  end of placement analysis, correct.

18     A.    Yes, it is.

19     Q.    So if we added the 73 million tons that

20  actually was disposed on Chevron's patented land in

21  the last ten years of the open pit's operation, you

22  get something like 181 million tons, right?

23     A.    Well, yeah, if your 73 or 74 is correct

24  and you added that to 125, which I assume is what

25  you are doing.

1    Q.    Right.  That is how it would work.  And by

2    my count, that is about 58 percent of the total

3    waste rock that was disposed during the entire pit

4    collaboration.  And that is 181 divided by

5    312 million?

6    A.    Okay.  If you say so, Counsel.

7    Q.    Okay.  Now, Dr. Haddad, you opine that

8    Chevron dumped the majority of the waste rock and

9    that is clear from your table, after December of

10   1969, correct?

11   A.    Yes.  I don't know if it is exactly the

12   majority, but, yeah, close to it.

13   Q.    And in general are you aware that Chevron

14   started stripping the overburden in the upper

15   elevations of the pit first?

16   A.    That is my understanding.

17   Q.    And we mentioned Goat Hill North and

18   South, for example, Capulin, those are the dumps in

19   the highest elevations of the mine site, correct?

20   A.    Around the back, yes.

21   Q.    You pointed out in your testimony earlier

22   that those dumps were used first, they filled up

23   first, right?

24   A.    Right.

25   Q.    You see that on your chart as you move

Page 704

1  **through time.  And then as Chevron dug deeper down**

2  **into the pit, it started to use waste dumps that**

3  **were in the lower elevations above the river,**

4  **correct?**

5      A.    Yeah.  But keep in mind that, you know,

6  they talk about the delta slice the delta crime, the

7  gamma slice.

8            THE WITNESS:  Which, Your Honor, is just

9  their terminology for when they had this, this very

10  steep slope that they realized that they had a

11  failure, they had to step it back like so

12  (indicating).

13           And these slices, I think it is accurate

14  to pretend that the top of these slices came off

15  first and the bottom of these slices came off

16  sometime later.

17     **Q.    (By Mr. Augustini)  The general idea by**

18  **the mining engineers was to avoid hauling waste**

19  **uphill or downhill.  They wanted to dispose it at**

20  **the same elevation, if possible, correct?**

21     A.    That is my understanding of reading the

22  literature.

23     **Q.    Okay.**

24           MR. AUGUSTINI:  Let's pull up U.S.

25  Demonstrative 2, please.

Page 705

1      Q.     (By Mr. Augustini)  Dr. Haddad, do you see

2   in the green lettering the location of the Red River

3   and Highway 38 are shown?

4      A.     Yes, I do.

5      Q.     And then you mentioned the roadside piles

6   in your testimony.  That would be those three, Sugar

7   Shack South, Middle and Sulphur Gold South, correct?

8      A.     Correct.

9      Q.     Those are in the lower elevation as above

10   Highway 38, right?

11      A.     Well, they extend up.

12      Q.     Yes.

13      A.     So just to make sure that you are not

14   implying that that Sugar Shack South is just the

15   bottom from that first bend southward or down to the

16   river.

17      Q.     Not at all.  They are about a thousand

18   feet high waste-rock piles, right?

19      A.     That is correct.

20      Q.     And then this demonstrative also labels

21   the pit area, as we have mentioned, do you see

22   within the orange circle the blue lettering for west

23   wall?

24      A.     I see that.

25      Q.     And that is, you can confirm that is the

1    west pit wall, correct?

2        A.    It looks like the west pit wall to me.

3        Q.    And you are aware that the west pit wall

4    caused many problems for the open pit operation,

5    correct?

6        A.    Yes, that is correct.

7        Q.    And that is why Chevron conducted, I'm

8    sorry, developed a revised mining plan after

9    December 1969, correct?

10       A.    I assume so.

11       Q.    The original mining plan called for a

12   waste-to-ore generation ratio of two-to-one, right?

13       A.    That's correct.

14       Q.    And then to deal with the fault or the

15   instability or weakness, different people call it

16   different things?

17       A.    Right.

18       Q.    That is not important, but to deal with

19   the problem in the west pit wall, Chevron upped the

20   waste-ore ratio to ten-to-one, right?

21       A.    That is right.

22       Q.    So the mining plan was to generate four to

23   five times more waste, right?

24       A.    Correct.

25       Q.    And the revised mining plan was

Page 707

1   implemented after December 1969, right?

2       A.    Right.

3       Q.    **So it is no surprise that the amount of**

4   **waste rock increased because the mill was expanded,**

5   **the size of the open pit operation was expanded,**

6   **correct?**

7       A.    Are you asking me to draw an opinion on

8   why they --

9       Q.    **No, just that those things happened --**

10      A.    Right.

11      Q.    **-- in chronological order, correct?**

12      A.    Right.

13      Q.    **The revised plan clearly led to more waste**

14  **deposit at the Questa Mine?**

15      A.    That is right.  I think the mill expansion

16  actually occurred before that, but, yeah.

17           MR. AUGUSTINI:  That is it, Your Honor, no

18  more questions.

19           THE COURT:  Do you have any redirect?

20           MS. CRISHAM PELLEGRINI:  I do, Your Honor.

21           THE COURT:  Let's take about a 15-minute

22  break before we get there.

23           MS. CRISHAM PELLEGRINI:  Sounds good.

24  Thank you, Your Honor.

25           THE COURT:  We'll be in recess for 15

Page 708

1    minutes.

2              (A recess was taken.)

3              THE COURT:  You may redirect.

4                    REDIRECT EXAMINATION

5        BY MS. CRISHAM PELLEGRINI:

6        Q.    Dr. Haddad, I only have four questions.

7              What percentage of all of the waste rock

8    that was placed at the Questa site was placed on

9    land, either owned by the Federal Government at the

10   time it was disposed of, or was placed on land that

11   the Federal Government provided to Molycorp for the

12   expressed purpose of waste disposal?

13             And if it is helpful, we can pull up your

14   chart.

15       A.    That would be helpful, thank you.

16             MS. CRISHAM PELLEGRINI:  465, please.

17       Q.    (By Ms. Crisham Pellegrini)  This is the

18   chart that the Government talked about with you

19   quite a bit.

20             So if we look at this chart and on the

21   bottom of the chart there is a whole list of -- so I

22   will ask my question again.

23             What percentage of all of the waste rock

24   that was placed at the Questa site was placed on

25   land either was unpatented at the time it was placed

1  **or was placed on exchanged land, which was land**

2  **provided by the Government?**

3      A.   So that would be 60 percent.  It is the

4  number at the bottom of the 1984 series of columns.

5  And that is the 187 million tons divided into the

6  312 million tons or 313 million tons.

7      Q.   **And, Dr. Haddad, did any of the questions**

8  **asked by the Government today change your opinion**

9  **about that figure?**

10      A.   No.  No, not at all.

11      Q.   **Based on your review of the record, was**

12  **the Government aware at all times that Molycorp was**

13  **and would be placing waste rock on this unpatented**

14  **land or the exchange land?**

15      A.   Yes.  It seems very clear from reading the

16  record over the number of years.

17      Q.   **And could the Questa Mine have operated at**

18  **all without the ability to deposit this waste rock**

19  **on this land that was owned by or supplied by the**

20  **United States?**

21          MR. AUGUSTINI:  Objection, Your Honor,

22  speculation.  He is not a mining engineer.

23          THE COURT:  Overruled.

24      A.   Well, since they couldn't put it across

25  the river, the only other option would have been not

Page 710

1    to continue the open pit mining.

2             MS. CRISHAM PELLEGRINI:  Thank you,

3    Dr. Haddad.  No further questions.

4             THE COURT:  Thank you very much.  You may

5    be excused.

6             THE WITNESS:  Thank you, sir.

7             (Whereupon, the witness was excused.)

8             THE COURT:  Is there any rebuttal by

9    Chevron?

10            MS. CRISHAM PELLEGRINI:  No, Your Honor.

11   Chevron rests.

12            THE COURT:  The case will be submitted and

13   you have now the briefing schedule, I think, is

14   already in works.

15            MR. AUGUSTINI:  Your order provided

16   40 days after the conclusion of proceedings.

17            THE COURT:  I think after the transcript.

18   I forget exactly how it read.

19            MR. AUGUSTINI:  We are fine with that,

20   Your Honor, and I believe Chevron is as well.

21            MS. CRISHAM PELLEGRINI:  We are,

22   Your Honor.

23            THE COURT:  Thank you very much.  I

24   appreciate your presentations.  They are very

25   helpful.  And we will be in recess.

Page 711

1                    (Proceedings concluded at 10:38 a.m.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 712

1                    REPORTER'S CERTIFICATE

2

3        I certify that the foregoing is a correct

4    transcript from the record of proceedings in the

5    above-entitled matter.  I further certify that the

6    transcript fees and format comply with those

7    prescribed by the Court and the Judicial Conference

8    of the United States.

9

10   Date:  April 21, 2022

11

12                    _____

13                    PAUL BACA, RPR, CCR
                       Certified Court Reporter #112
14                    License Expires:  12-31-20222

15

16

17

18

19

20

21

22

23

24

25